UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

**In re:**

**John A. Sarnacki and**  Case No. 09-62994-PJS
**Wilma D. Sarnacki,**  Chapter 7
　　　　　　　　　　　　　　Hon. Phillip J. Shefferly

　　　　**Debtors.**
_____/

NOTICE OF UNCLAIMED DIVIDENDS

To the Clerk of the Court:

　　　The enclosed check in the amount of $0.68 represents the total sum of unclaimed dividends (less than $5) in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the Parties entitled to these unclaimed dividends is as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 10 | Michigan Department of Treasury<br>Bankruptcy Unit<br>PO Box 30168<br>Lansing, MI 48909 | $0.68 |
|  | **Total:** | **$0.68** |

DATED: March 23, 2011

　　　　　　　　　　　　　　　　　/s/ Mark H. Shapiro, Trustee
　　　　　　　　　　　　　　　25925 Telegraph Road
　　　　　　　　　　　　　　　Suite 203
　　　　　　　　　　　　　　　Southfield, MI 48033
　　　　　　　　　　　　　　　(248) 352-4700