UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

In re:

John A. Sarnacki and  Case No. 09-62994-PJS
Wilma D. Sarnacki,  Chapter 7
  Hon. Phillip J. Shefferly

       Debtors.
_____/

NOTICE OF UNCLAIMED DIVIDENDS

To the Clerk of the Court:

      The enclosed check in the amount of $7.54 represents the total sum of unclaimed dividends (less than $5) in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the Parties entitled to these unclaimed dividends is as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 4 | Capital Recovery Col<br>130 South Main<br>Suite 100<br>Logan, UT 84321 | $3.18 |
| 17 | Recovery Management Systems Corp<br>For GE Money Bank<br>dba Sam's Club<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | $3.09 |
| 18 | Recovery Management Systems Corp<br>For GE Money Bank<br>dba Meijer<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | $1.27 |
|  | **Total:** | **$7.54** |

    /s/ Mark H. Shapiro, Trustee (P43134)
    25925 Telegraph Road
    Suite 203
    Southfield, MI 48033
Date: Dated: May 24, 2011    (248) 352-4700